EASTERN DIST.
*March*, 1840.

NORTHERN BANK
OF KENTUCKY
*vs.*
EDWARDS ET AL.

*MᶜMillen*, for appellant.

*Morphy, J.*, delivered the opinion of the court.

This is a suit on a promissory note, endorsed by defendant. Nothing has been shown, to induce us to refuse the affirmance of the judgment below, and the damages prayed for by appellee.

It is, therefore, ordered, adjudged and decreed, that the judgment appealed from, be affirmed, with costs, and ten per cent. damages.

---

NORTHERN BANK OF KENTUCKY *vs.* EDWARDS ET AL.

APPEAL FROM THE COMMERCIAL COURT OF NEW-ORLEANS.

Judgment affirmed, with maximum of damages, as a delay case.

This is a suit against the maker and endorsers of a note. There was judgment by default, made final against the defendants, on the production of the note and protest, and they appealed.

*T. Slidell*, for appellees, prayed affirmance of judgment, with damages.

*Clarke*, contra.

*Bullard, J.*, delivered the opinion of the court.

The appellants present no ground upon which they could have hoped for relief, from this court.

The judgment of the court below, is affirmed, with costs, and five per cent. damages.